1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH ADAM KOVACH,

12                 Petitioner,                    No. CIV S-08-2160-CMK P

13         vs.

14   D. SMITH,

15                 Respondent.                    <u>ORDER</u>

16   _____/

17              Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma

19   pauperis.  In his application, petitioner challenges a decision made by the Board of Prison Terms.

20   Petitioner is located in Merced County.  Merced County is part of the Fresno Division of the

21   United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

22              Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

26   / / /

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

2.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  September 23, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2