1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   JOSEPH ADAM KOVACH,                    1:08-cv-01430 TAG (HC)

10             Petitioner,                 ORDER GRANTING MOTION
                                           TO PROCEED IN FORMA PAUPERIS
11        vs.
                                           (Doc. 2)
12   D. SMITH, Warden,

13             Respondent.
     _____/
14

15        Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to

16   28 U.S.C. § 2241.

17        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

18   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

19   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

20   See 28 U.S.C. § 1915.

21

22   IT IS SO ORDERED.

23   Dated:   October 21, 2008                        /s/ Theresa A. Goldner
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28